UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND ALFORD BRADFORD, | ) | 1:08-cv-00123-OWW-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| D. REYNOSO, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On January 30, 2008, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On February 11, 2008, Petitioner filed objections to the Findings and Recommendation.

//

/

1 In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendation are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.

8 Accordingly, IT IS HEREBY ORDERED that:

9 1.  The Findings and Recommendation, filed January 30, 2008,
10 are ADOPTED IN FULL;

11 2.  The Petition for Writ of Habeas Corpus is DISMISSED as it
12 does not allege grounds that would entitle Petitioner to habeas
13 corpus relief; and,

14 3.  The Clerk of Court enter judgment.

15 IT IS SO ORDERED.

16 **Dated:   March 24, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2