UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
APR 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RAYMOND ALFORD BRADFORD,

vs.

D. REYNOSO,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:08-CV-00123 OWW DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:
PETITIONER HAS NO BASIS FOR A HABEAS PETITION - HIS CLAIMS CONCERN CONDITIONS OF CONFINEMENT IN A STATE PRISON AND A STATE COURT'S FINDING HE IS A VEXATIOUS LITIGANT AND DO NOT POSE SECURITY UNDER STATE LAW.

Dated: 4-4-08

OLIVER W. WANGER
United States District Judge